**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

**NO. 09-12-058 CR**

**Jerry Glenn Johnson, Appellant**

**VS.**

**The State of Texas, Appellee**

**Appealed from the Criminal District Court**
**of Jefferson County, Texas**
**Cause No. 11-12248**

## O R D E R

The court reporter for the Criminal District Court of Jefferson County, Texas is to forward the following original exhibit to the Clerk of this Court on or before February 15, 2013:

State's Exhibit No. 8 – CD Surveillance Video

The original exhibit will be returned to the court reporter for the Criminal District Court of Jefferson County when the appeal is final in this Court.

Entered this 5th day of February, 2013.

PER CURIAM